KLEIN v. DUNN, Sheriff.

(Supreme Court, Appellate Term. January 25, 1904.)

1. NEW TRIAL—VERDICT AGAINST EVIDENCE.
    In a proper case after the verdict on a contested trial, the trial justice should grant a new trial, under Code Civ. Proc. § 999, giving him such power when the verdict is contrary to the law or the evidence.

Appeal from City Court of New York, Trial Term.

Action by Simon Klein against Thomas J. Dunn, as sheriff, etc. From an order denying a new trial on the minutes after a verdict in favor of plaintiff, the latter appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and DAVIS, JJ.

Joel M. Marx, for appellant.
Philip J. Britt, for respondent.

PER CURIAM.   Upon the facts disclosed by the record the action
of the trial justice in granting to the defendant a new trial, under
section 999 of the Code, after a verdict in favor of the plaintiff upon
a contested trial, cannot be disturbed.   The authorities are strongly
in favor of the exercise of the power in a proper case.   Ferguson v.
Gill, 74 Hun, 566, 26 N. Y. Supp. 596; Young v. Stone, 77 Hun, 395,
28 N. Y. Supp. 881; Ludeman v. Third Ave. R. R. Co., 30 App. Div.
522, 52 N. Y. Supp. 310; Silverman v. Dry Dock, E. B. & B. R. R.
Co., 69 App. Div. 22, 74 N. Y. Supp. 481.

Order affirmed, with costs and disbursements.